1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:    (415) 436-7296
8      Facsimile:    (415) 436-7234
       Email: Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,        )   No.: CR 09-MJ-70641 MAG
16                                  )
            Plaintiff,              )
17                                  )
        v.                          )   STIPULATION AND [PROPOSED] ORDER
18                                  )   EXTENDING TIME LIMITS OF RULE 5.1(c)
   JOSE RODRIGUEZ-ANTECON,          )
19                                  )
                                    )
20          Defendant.              )
                                    )
21

22
        On July 20, 2009, the parties in this case appeared before the Court for an initial
23
   appearance and arraignment.  At that time, the parties requested, and the Court agreed, to set the
24
   date for a preliminary hearing and detention hearing on August 4, 2009 at 9:30 a.m.  Pursuant to
25
   Federal Rule of Criminal Procedure 5.1(d), the defendant consented to this extension of time, and
26
   the parties represent that good cause exists for this extension.  The parties continue to investigate
27
   the case and to consider resolution through a plea agreement.  At the hearing, the Court found
28

1  that good cause exists for an extension of the time limits provided by Federal Rule of Criminal
2  Procedure 5.1(c) to ensure continuity of counsel.

4  SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

8  DATED: July 20, 2009           /s/
                                BENJAMIN P. TOLKOFF
                                Assistant United States Attorney

11 DATED: July 20, 2009           /s/
                                JODI LINKER
                                Attorney for JOSE RODRIGUEZ-ANTECON

14                              [PROPOSED] ORDER

15     For the reasons stated above and at the July 20, 2009 hearing, the Court finds that the
16 extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from July
17 20, 2009 through August 4, 2009 is warranted and that the ends of justice served by the
18 continuance outweigh the interests of the public and the defendant in the prompt disposition of
19 this criminal case.

21     IT IS SO ORDERED.

23 DATED: 7/23/09

THE HONORABLE NANDOR J. VADAS
United States Magistrate Judge

STIPULATION & [PROPOSED] EXTENDING TIME LIMITS
CR 09-mj-70641 MAG                                                                            2