1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7296
8       Facsimile:    (415) 436-7234
        Email: Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                   UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

| UNITED STATES OF AMERICA, | ) | No.: CR 09-0764 VRW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JOSE RODRIGUEZ-ANTECON, | ) | |
| Defendant. | ) | |

21       On August 20, 2009, the parties made their initial appearance before the Court. At that

time the parties agreed and the Court ordered that this matter be continued until September 17,

2009, to afford adequate preparation of counsel and assure continuity of counsel. The parties

agree that, taking into account the public interest in prompt disposition of criminal cases, good

cause exists for this extension.

     The defendant also agrees to exclude for this period of time any time limits applicable

under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

1 reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
2 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3 continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
4 U.S.C. § 3161(h)(7)(A).
5 SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 24, 2009          /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: August 24, 2009          /s/
JODI LINKER
Attorney for JOSE RODRIGUEZ-ANTECON

[PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuation of this matter from August 20, 2009 to September 17, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/10/2009

HON. VAUGHN R. WALKER
Chief United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Vaughn R Walker]*

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 09-0764 VRW                                                                                    2