JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7296
    Facsimile:      (415) 436-7234
    Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 09-0764 VRW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| JOSE RODRIGUEZ-ANTECON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

     On September 17, 2009, the parties appeared before the Court for a status hearing.  At that time the parties agreed and the Court ordered that this matter be continued until September 24, 2009, to afford adequate preparation of counsel and assure continuity of counsel.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

     The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the

1  reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
2  3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
4  U.S.C. § 3161(h)(7)(A).
5  SO STIPULATED:

                JOSEPH P. RUSSONIELLO
                United States Attorney

DATED: September 17, 2009      /s/
                BENJAMIN P. TOLKOFF
                Assistant United States Attorney

DATED: September 17, 2009      /s/
                JODI LINKER
                Attorney for JOSE RODRIGUEZ-ANTECON

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the continuation of this matter from September 17, 2009 to September 24, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 9/23/2009

                HONORABLE
                Chief United States

*[Stamp: IT IS SO ORDERED — Judge Vaughn R Walker — United States District Court, Northern District of California]*