JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BENJAMIN P. TOLKOFF (NYBN 4294443)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7296
    Facsimile:      (415) 436-7234
    Email: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 09-0764 VRW |
|     Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING |
| JOSE RODRIGUEZ-ANTECON, | |
|     Defendant. | |

      On September 17, 2009, the parties appeared before the Court for a status hearing.  At that time the parties agreed and the Court ordered that this matter be continued until September 24, 2009, to afford adequate preparation of counsel and assure continuity of counsel.  The parties hereby agree and stipulate that an additional week is needed to determine whether a motions briefing schedule will be necessary in this case.

//

//

STIPULATION & [PROPOSED] ORDER TO CONTINUE
CR 09-0764 VRW                                                                         1

1   The parties respectfully request the Court continue this matter an additional week to
2   October 1, 2009.

4   SO STIPULATED:

       JOSEPH P. RUSSONIELLO
       United States Attorney

8   DATED: September 22, 2009            /s/
                                         BENJAMIN P. TOLKOFF
9                                        Assistant United States Attorney

11  DATED: September 22, 2009            /s/
                                         JODI LINKER
12                                       Attorney for JOSE RODRIGUEZ-ANTECON

14                           [PROPOSED] ORDER

15  For the reasons stated above, the Court finds that the continuation of this matter from
16  September 24, 2009 to October 1, 2009, is warranted.

18  IT IS SO ORDERED.

20  DATED: 9/23/2009

IT IS SO ORDERED
Judge Vaughn R Walker

STIPULATION & [PROPOSED] ORDER TO CONTINUE
CR 09-0764 VRW                                                                              2