1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  BENJAMIN P. TOLKOFF (NYBN 4294443)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California  94102
      Telephone:    (415) 436-7296
8     Facsimile:    (415) 436-7234
      Email: Benjamin.Tolkoff@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,        )   No.: CR 09-0764 VRW
16                                  )
           Plaintiff,               )
17                                  )
       v.                           )   STIPULATION AND [~~PROPOSED~~] ORDER
18                                  )   EXCLUDING TIME UNDER THE SPEEDY
   JOSE RODRIGUEZ-ANTECON,          )   TRIAL ACT, 18 U.S.C. § 3161
19                                  )
                                    )
20         Defendant.                )
                                    )
21   _____

22         On October 1, 2009, the parties appeared before the Court and set a schedule for motions

23  briefing.  At that time the parties agreed and the Court ordered that this matter be continued until

24  November 5, 2009, to afford adequate preparation of counsel and assure continuity of counsel.

25  The parties agree that, taking into account the public interest in prompt disposition of criminal

26  cases, good cause exists for this extension.

27         The defendant also agrees to exclude for this period of time any time limits applicable

28  under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the

STIPULATION & [PROPOSED] EXCLUDING TIME
CR 09-0764 VRW                                                                                      1

1 | reasonable time necessary for continuity of counsel and effective preparation.  18 U.S.C. §
2 | 3161(h)(7)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
3 | continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
4 | U.S.C. § 3161(h)(7)(A).
5 | SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: October 1, 2009           /s/
BENJAMIN P. TOLKOFF
Assistant United States Attorney

DATED: October 1, 2009           /s/
JODI LINKER
Attorney for JOSE RODRIGUEZ-ANTECON

[PROPOSED] ORDER

For the reasons stated above, the Court finds that the continuation of this matter from October 1, 2009 to November 5, 2009, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/16/2009

HONOR
Chief

IT IS SO ORDERED
Judge Vaughn R Walker